

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -5 A 9:17

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES C. BARNUM, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-3531** |
| **CITY OF NEW ORLEANS** | **SECTION "J" (1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's motion for judgment on the pleadings be **GRANTED** and that the claims against the City of New Orleans be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of November, 200_.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____